1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:09cv1338 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | APPLICATION TO PROCEED IN |
| v. | ) | FORMA PAUPERIS |
| | ) | |
| CITY OF LINDSAY, | ) | (Document 2) |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, appearing pro se, filed the instant complaint under the Americans with Disabilities Act on July 30, 2009. Also on July 30, 2009, Plaintiff submitted an application to proceed in forma pauperis. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

Dated:   __August 5, 2009__      _____/s/ **Dennis L. Beck**_____
                                   UNITED STATES MAGISTRATE JUDGE