1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY DAUBERT, | ) | 1:09-cv-1338 GSA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| CITY OF LINDSAY, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of dismissal filed by the parities on August 25, 2010, this action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party is to bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   August 27, 2010**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1